IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCH INSURANCE COMPANY, | No. 10-1594 MMC |
| Plaintiff, | **ORDER DIRECTING COUNSEL TO REGISTER AS ECF USER** |
| v. | |
| ZURICH AMERICAN INSURANCE COMPANY, et al., | |
| Defendants. / | |

A review of the file indicates that the following attorneys are not registered for electronic service in this e-filing case:

James E. Bullard  
Bullard, Brown & Beal LLP  
234 East Commonwealth Avenue  
Fullerton CA  92832

Michael A. Cartelli  
Bullard, Brown & Beal LLP  
234 East Commonwealth Avenue  
Fullerton CA  92832

Section IV(A) of General Order 45 provides that "[e]ach attorney of record is obligated to become an ECF User and be assigned a user ID and password for access to the system upon notification that the action is being subject to ECF."  Accordingly, each of the above-referenced attorneys is hereby DIRECTED to register, no later than June 11, 2010, as an ECF User and obtain an ECF User ID and password.  Forms and instructions concerning registration can be found on the district court's web site at

ecf.cand.uscourts.gov.[1]

**IT IS SO ORDERED.**

Dated: May 18, 2010

MAXINE M. CHESNEY
United States District Judge

---

[1] In an e-filing case, the Clerk of the Court does not serve counsel by mail with orders e-filed by the Court. See General Order 45(IX)(D). Although the Court, as a courtesy, will direct the Clerk to serve counsel by mail with the instant order, no further orders will be served by mail.

2