**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCH INSURANCE CO., | No. C 10-1594 MMC |
| Plaintiff, | **ORDER OF REMAND** |
| v. | |
| ZURICH AMERICAN INSURANCE CO., et al., | |
| Defendants | |

By stipulation of the parties made August 13, 2010 in open court at the Case Management Conference, the above-titled action is hereby REMANDED to the Superior Court of California, in and for the County of San Francisco.

**IT IS SO ORDERED.**

Dated: August 18, 2010

MAXINE M. CHESNEY
United States District Judge